14372.   MERRITT *v.* MOTT.

STEPHENS, J. A motion to set aside or arrest a judgment, which contains no assignment of error whatsoever, is properly dismissed, and such judgment of dismissal, when excepted to in this court, will be affirmed. Construing such a motion as a motion for a new trial, it was properly dismissed, in the absence of a brief of the evidence.

*Judgment affirmed.   Jenkins, P. J., and Bell, J., concur.*

DECIDED APRIL 17, 1923.

Motion to vacate judgment; from city court of Miller county — Judge Geer. December 14, 1922.

*R. W. Grow, Hartsfield & Conger,* for plaintiff in error.

*P. D. Rich,* contra.